# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARTHA COLE,**

    **Plaintiff,**

**v.**                                                          Case No:   6:20-cv-294-Orl-31GJK

**AMERICAN MEDICAL SYSTEMS, INC.,**

    **Defendant.**

## ORDER

Plaintiff was given until March 9, 2020, to respond to the Interested Persons Order (Doc. 47) entered February 24, 2020.   Plaintiff has failed to respond and is hereby **ORDERED TO SHOW CAUSE** by April 3, 2020, why sanctions should not be imposed, which may include dismissal of this case, for failure to respond to the Interested Persons Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 20, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party