FILED

IN THE UNITED STATES DISTRICT COURT 2020 MAR 30 PM 1: 20
FOR THE MIDDLE DISTRICT OF FLORIDA

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

MARTHA COLE,

        Plaintiff,              CASE NO. 6:20-CV-294-ORL-31GJK

v.

AMERICAN MEDICAL SYSTEMS, INC.

        Defendant.

## MOTION TO WITHDRAW BY ATTORNEYS ERIK W. LEGG AND MICHAEL J. FARRELL

Attorneys Erik W. Legg and Michael J. Farrell seek to withdraw as counsel of record for Defendant American Medical Systems, Inc. ("Defendant"). This case has been remanded to this District from the MDL No. 2325 in the Southern District of West Virginia. Neither Mr. Legg nor Mr. Farrell are admitted to practice in this jurisdiction, and will no longer represent the Defendant in this case. Defendant will continue to be represented by other counsel, from the law firm of Reed Smith LLP, who are or will seek to become admitted to practice law in this District in due course.

Dated: March 26, 2020

                                          Respectfully submitted,

                                          By: /s/ *Erik W. Legg*
                                          Erik W. Legg, Esq. (WVSB 7738)
                                          FARRELL, WHITE & LEGG PLLC
                                          P.O. Box 6457
                                          Huntington, WV 25772
                                          Telephone: 304-522-9100
                                          Facsimile 304-522-9162

{F1681501.1 }

ewl@farrell3.com

*/s/ Michael J. Farrell*
Michael J. Farrell, Esq. (WVSB 1168)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772
Telephone: 304-522-9100
Facsimile 304-522-9162
mjf@farrell3.com

*Counsel for Defendant American Medical Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MARTHA COLE,

        Plaintiff,                 CASE NO. 6:20-CV-294-ORL-31GJK

v.

AMERICAN MEDICAL SYSTEMS, INC.

        Defendant.

### CERTIFICATE OF SERVICE

I, the undersigned counsel for Defendant, American Medical Systems, Inc., do hereby certifies that I served a true and correct copy of the foregoing *Motion to Withdraw by Attorneys Erik W. Legg and Michael J. Farrell* on this 26th day of March, 2020, via U.S. Mail, First Class, postage prepaid upon the following counsel:

Steven D. Davis, Esq.
Tor A. Hoerman, Esq.
**SIMMONS COOPER, LLC**
707 Berkshire Blvd.
P.O. Box 521
Alton, IL 62024-1349
*Counsel for Plaintiff*

Raymond Joseph Kramer, Esq.
Jacob Plattenberger, Esq.
**TORHOERMAN LAW, LLC**
Suite 2650
227 West Monroe Street
Chicago, IL 60606
*Counsel for Plaintiff*

/s/ Erik W. Legg
Erik W. Legg, Esq. (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772

3

{F1681501.1}

Telephone: 304-522-9100
Facsimile 304-522-9162
ewl@farrell3.com

*Counsel for Defendant American Medical Systems, Inc.*

{F1681501.1 }