UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MARTHA COLE,   )<br>                        )<br>    Plaintiff,      )<br>                        )<br>v.                     )     Case No.: 6:20-cv-00294-31-CJK<br>                        )<br>AMERICAN MEDICAL SYSTEMS, INC.  )<br>                        )<br>    Defendant.   | |

**APPEARANCE OF COUNSEL**

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Martha Cole.

Dated: April 3, 2020           /s/ Jackson W. Adams
                                            Jackson W. Adams
                                            FL Bar Number 47970
                                            Attorney for Plaintiff, Martha Cole
                                            WOOTEN, KIMBROUGH, DAMASO & DENNIS, P.A.
                                            P.O. Box 568188
                                            Orlando, FL 32856-8188
                                            jadams@whkpa.com
                                            Ph:     (407) 843-7060
                                            Fax:    (407) 843-5836